AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| ALTRIA GROUP, INC., <br><br> *Plaintiff(s)* <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) Civil Action No. 3:23cv293 ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States of America
Ms. Jessica D. Aber
U.S. Attorney for the Eastern District of Virginia
c/o Civil Process Clerk
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mr. Edward J. Fuhr
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219-4074

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/2/2023                      _____
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23cv293

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney for Eastern District of Virginia
was received by me on *(date)* 5/3/2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Justine Tabler, Legal Assistant , who is
designated by law to accept service of process on behalf of *(name of organization)*
U.S. Attorney for Eastern District of Virginia on *(date)* 5/3/2023 12:12PM; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 5/3/2023

*Server's signature*

Michael Mantyla, Private Process Server
*Printed name and title*

500 King St, Staten Island, NY 10312
*Server's address*

Additional information regarding attempted service, etc:

Black female, 30s. 5'6", 150 lbs, black hair, brown eyes. Recipient advised she was authorized to accept service on behalf of the U.S. Attorney's Office