UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| ALTRIA GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 3:23-CV-293-MHL |

## JOINT STATUS REPORT

On November 2, 2023, the Court granted Plaintiff's Unopposed Motion to Stay Proceeding and ordered the Parties to file a Joint Status Report with updates on the case every ninety days.  WHEREFORE, the Parties respectfully submit the following Joint Status Report.

### Count I

*Subpart F Inclusions Attributable to the ABI Wholly Foreign-Owned Subs*

The issue under Count I is whether amendments to the Code enacted by the TCJA impose a tax on Altria Group, Inc.'s ("Altria") pro rata share of income in relation to its minority stake in the stock of Anheuser-Busch InBev SA/NV ("ABI").[1]  On November 2, 2023, this Court granted Plaintiff's Unopposed Motion to Stay Proceeding pending a decision from the Supreme Court in *Moore v. United States*, No. 22-800.  The Supreme Court heard oral arguments in *Moore v.*

---

[1] Capitalized terms not defined herein, shall have the respective meanings given to them in Altria's Complaint.

*United States* on December 5, 2023. The Parties are currently awaiting a decision and will provide the Court with a joint presentation fourteen days after a decision has been issued.

## Count II

### *Subpart F Inclusions Attributable to the ABI Domestic Subsidiaries*

At issue in Count II of the Complaint is the calculation of Altria's Subpart F Inclusions attributable to the CFCs owned directly or indirectly by ABI U.S. Subsidiaries. Altria and the IRS reached a tentative agreement, which remains subject to review and acceptance by the United States.

## Count III

### *Foreign Tax Credit for the Belgian Withholding Tax*

Count III of the Complaint arises from an omission on Altria's originally filed income tax return of the foreign tax credit arising from a Belgian withholding tax incurred by Altria. The Parties have reached an agreement in principle as to Count III.

## Count IV – Transition Tax

Count IV of the Complaint arises from a computational error on Altria's originally filed federal income tax return related to the transition tax under section 965 of the Internal Revenue Code. At this time, the Internal Revenue Service review of the computations is ongoing. The Parties currently intend to reach resolution on Count IV without the Court's intervention. Altria notes that its position may change, however, depending on the scope of the Supreme Court's decision in *Moore*, where the transition tax is directly at issue.

Respectfully submitted this 28th day of May, 2024.

                COUNSEL FOR PLAINTIFF

                /s/ Johnathon E. Schronce
                Johnathon E. Schronce (VSB No. 80903)
                Edward J. Fuhr (VSB No. 28082)
                Hunton Andrews Kurth LLP
                951 East Byrd Street
                Richmond, VA 23219-4074
                Telephone: 804-788-8201
                Facsimile: 804-788-8218
                efuhr@hunton.com
                jschronce@hunton.com

                Rajiv Madan (*Pro hac vice*)
                Christopher Bowers (*Pro hac vice*)
                Royce Tidwell (*Pro hac vice*)
                Paige Braddy (*Pro hac vice*)
                Skadden, Arps, Slate, Meagher & Flom LLP
                1440 New York Avenue, N.W.
                Washington, DC  20005
                Telephone:   (202) 371-7000
                Facsimile:    (202) 393-5760
                Email:    raj.madan@skadden.com
                          chris.bowers@skadden.com
                          royce.tidwell@skadden.com
                          paige.braddy@skadden.com

                *Attorneys for Plaintiff Altria Group, Inc.*


                COUNSEL FOR DEFENDANT

                JESSICA D. ABER
                United States Attorney

By: /s/
                Robert P. McIntosh
                Assistant United States Attorney
                919 East Main Street, Suite 1900
                Richmond VA 23219
                Telephone: 804-819-7404
                Facsimile: 804-771-2316
                Email: Robert.McIntosh@usdoj.gov

/s/
KARI M. LARSON
Senior Litigation Counsel
MARIA E. RUWE
STEPHEN N. SHASHY
Trial Attorneys
Tax Division, U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-532-3728 (v) (Larson)
202-746-1624 (v) (Ruwe)
202-307-6525 (v) (Shashy)
202-514-6866 (f)
Kari.M.Larson@usdoj.gov
Maria.E.Ruwe@usdoj.gov
Stephen.N.Shashy@usdoj.gov

*Counsel for the United States*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of May, 2024, I will electronically file the foregoing Joint Status Report with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the attorneys of record.

/s/ Johnathon E. Schronce
Johnathon E. Schronce (VSB No. 80903)
Hunton Andrews Kurth LLP
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: 804-788-8201
Facsimile: 804-788-8218
jschronce@hunton.com